NICK CRISTELLO, Respondent, v. PAUL D. TITUS, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

SYRACUSE TRUST COMPANY, Appellant, v. CHAMBER-WOOD CORPORATION et al., Defendants, and JOSEPH B. MEYERS et al., Individually and as Copartners under the Name of " MEYERS BRASS RAIL ", Respondents.— Order affirmed, without costs of this appeal to any party. Memorandum: In affirming this order, we do not pass upon the merits of the controversy. All concur, except McCurn, J., not voting. (The order opens the default of defendants Meyers and Sincoff and allows them to answer in a mortgage foreclosure.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

ROY D. KEEHN, as Receiver of CENTRAL MUTUAL INSURANCE COMPANY OF CHICAGO, Appellant, v. SYRACUSE FREIGHT FORWARDING CO., INC., et al., Respondents.— Order reversed on the facts and as a matter of discretion, without costs of this appeal to any party, and motion granted, without costs. All concur. (The order denies plaintiff's motion for leave to amend his complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

MARY E. HAWKES, as Administratrix of the Estate of EDWARD J. HAWKES, Deceased, Respondent, v. CITY OF BUFFALO, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 269 App. Div. 1009.]

MARY McIVER, Appellant, v. WEGMAN'S FOOD MARKETS, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See 269 App. Div. 963.]

MARY McIVER, as Administratrix of the Estate of HAROLD W. McIVER, Deceased, Appellant, v. WEGMAN'S FOOD MARKETS, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See 269 App. Div. 963.]

EUNICE V. TAYLOR, Appellant, v. DONALD J. CORBETT et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 1010.]